UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Brandon Dodd, | ) | |
| | ) | |
| Petitioner, | ) | Cr. No.: 6:10-cr-00423-GRA-1 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

This matter is before this Court on Petitioner Brandon Dodd's Motion for Leave of Rehearing Pursuant to 28 U.S.C. § 2255.

This Court directs the United States Attorney to file a response to the Motion. This response is due within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

*G. Ross Anderson, Jr.*
G. Ross Anderson, Jr.
Senior United States District Judge

July 18, 2012
Anderson, South Carolina