IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: 6:10-423 |
| | ) |
| vs. | ) GOVERNMENT'S RESPONSE TO |
| | ) DODD'S PRO SE MOTION ENTERED |
| BRANDON JERMAINE DODD | ) AS DOCKET ENTRY NUMBER 424 |

In Dorsey v. United States, 132 S. Ct. 2321, 2331 (2012), the United States Supreme Court stated that "Congress intended the Fair Sentencing Act's more lenient penalties to apply to those offenders whose crimes preceded August 3, 2010, but who are sentenced after that date." Dodd committed the crime to which he pled guilty, conspiring to possess with the intent to distribute crack cocaine, prior to August 3, 2010, but he was sentenced on December 8, 2010. Because it appears that he did not receive the benefit of the more lenient statutory ranges contained in the Fair Sentencing Act, the Government consents to his request for resentencing.

WILLIAM N. NETTLES
UNITED STATES ATTORNEY

By: *Andrew B. Moorman*

Andrew B. Moorman
Assistant United States Attorney
D.C. No. 10013
55 Beattie Place, Suite 700
Greenville, SC 29601