UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Brandon Jamaine Dodd, | ) | Cr. No.: 6:10-cr-00423-GRA-1 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | (Written Opinion) |
| United States of America. | ) | |
| _____ | ) | |

This matter is before the Court on Defendant Brandon Jamaine Dodd's Request for a Resentencing Hearing.  In light of the government's consent to Defendant's request, and the Supreme Court's holding in *Dorsey v. United States*, 132 S. Ct. 2321 (2012), the Court grants Defendant's motion.

**IT IS THEREFORE ORDERED** that Defendant's Motion be GRANTED.

**IT IS SO ORDERED.**

G. Ross Anderson, Jr.
Senior United States District Judge

September 4, 2012
Anderson, South Carolina